UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:                                          Case No. 16-14354-JKO
                                                Chapter 13
Natalee Phelisha McCalla,

            Debtor.

_____/

## EMERGENCY MOTION TO SHORTEN PREJUDICE PERIOD

COMES NOW, the Debtor, NATALEE PHELISHA McCALLA, by and through her undersigned counsel, hereby files her Emergency Motion to Shorten Prejudice Period, and states as follows:

1.      Debtor filed a *pro se* Chapter 13 bankruptcy petition on March 29, 2016.

2.      An Order Granting Ex-Parte Motion to Dismiss Case was entered by this Honorable Court on August 1, 2016, as a result of Debtor filing a Notice of Voluntary Dismissal on July 31, 2016.

3.      Debtor is the Defendant in a foreclosure action pending in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, styled "U.S. Bank, N.A. v. Natalee P. McCulla, et al", Case No. CACE 14022276 (11), which has a sale date scheduled for November 1, 2016.  Debtor wishes to re-file a Chapter 13 bankruptcy petition, through undersigned counsel, in order to participate in the Court's Mortgage Modification program, and requests the Court shorten the prejudice period set forth in the Order Granting Ex-Parte Motion to Dismiss Case so that she may re-file a new case.

WHEREFORE Debtor respectfully requests that this Honorable Court enter an Order shortening the prejudice period and for such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion were furnished via first class United States mail or via the CM/ECF electronic service system of the United States Bankruptcy Court to all parties on the attached service matrix, this 16th day of October 2016.

/s/ Scott D. Rubinchik
Scott D. Rubinchik, Esq.
Florida Bar No. 88544
1860 N. Pine Island Road, Suite 201
Plantation, FL 33322
(954) 424-1488
srubinchiklaw@aol.com

Label Matrix for local noticing
113C-0
Case 16-14354-JKO
Southern District of Florida
Fort Lauderdale
Sun Oct 16 14:53:04 EDT 2016

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

LA Mirage HOA
c/o on call management
PO Box 669243
Miami, FL 33166-9430

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

U.S. Bank National Association
Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9096

Scott D Rubinchik
1860 N Pine Island Rd #201
Plantation, FL 33322-5209

BMW Bank of North America
c/o Ascension Capital Group
POB 201347
Arlington, TX 76006-1347

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

La Mirage Homeowners Association, Inc.
c/o Steven S. Valancy, P.A.
311 SE 13th Street
Fort Lauderdale, FL 33316-1923

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #1
Dallas, Texas 75247-4029

Natalee Phelisha Mccalla
3371 Inverrary Blvd W
Lauderhill, FL 33319-4988

Nationstar Mortgage, LLC
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305-1636

Jennings & Valancy, PA
311SE 13th Street
Fort Lauderdale, FL 33316

Nationstar Mortgage
PO Box 619063
Dallas, TX 75261-9063

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355-9007

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BMW Financial Services NA, LLC
P.O. Box 3608
Dublin, OH 43016

Sprint Corp.
Attn Bankruptcy Dept
PO Box 7949
Overland Park, KS 66207-0949

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank National Association

End of Label Matrix
Mailable recipients    15
Bypassed recipients     1
Total                  16