UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**Fort Lauderdale Division**

In re:

EXA SAINT SURIN                                              Case No. 15-17650-RBR
                                                             Chapter 13

    Debtor
_____/

## DEBTOR'S EMERGENCY MOTION TO REOPEN CASE AND SHORTEN THE PREJUDICE PERIOD

### EMERGENCY RELIEF REQUESTED
### BASIS FOR EXIGENCY

**A Rescheduled Foreclosure Sale is set for November 1, 2016 regarding the Debtor's Real property and the next self-calendar date is November 10, 2016. To set this for the next calendar date may not allow the Debtors to explore alternatives to foreclosure with his lender.**

    **COMES NOW** the Debtor, EXA SAINT SURIN, by and through the undersigned counsel, and move this Honorable Court to Reopen Case and Shorten the Prejudice Period, and in support thereof would state:

1. The Debtor filed for relief under Chapter 13 of the Bankruptcy Code on April 28, 2015.

2. This Court entered an Order Dismissing Chapter 13 Case ("Dismissal Order") **[DE 38]** on May 18, 2016 for Failure to remain current with plan payments. Pursuant to the Dismissal Order, this Court, *inter alia*, dismissed the instant Chapter 13 proceeding with prejudice to the Debtors filing any further bankruptcy proceeding for a period of six (6) months.

3. Debtor was unable to remain current with plan payments as a result of a reduction of Income.

4. Debtor does not have the funds required to reinstate under the current plan.

1

5. Debtor would like to re-file a new case to discharge his debts and explore alternatives to foreclosure that may be available to him.

6. Debtor files this Motion in good faith and Debtor is eligible for relief under Chapter 7 of Title 11 of the United States Code.

**WHEREFORE,** the Debtor respectfully requests that this Honorable Court enter an Order Shortening the Prejudice Period and grant any other relief deemed just and reasonable.

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a correct copy of the foregoing Motion was served as indicated in the enclosed service list, this 27th day of October, 2016.

**STIBERMAN LAW, P.A.**
*Attorney for Debtor*
2601 Hollywood Blvd.
Hollywood, FL 33020-6025
Tel. (954) 922-2283
Ariel@StibermanLaw.com

By: */s/ Robert A. Stiberman*
Robert A. Stiberman Esquire
FBN #132799

2

## SERVICE LIST FOR CASE

*The following Parties were served via the CM/ECF System:*

Robin Weiner, Trustee
Office of the United States Trustee
All other Parties registered in the CM/ECF System

*The following Parties were served via First Class U.S. Mail and Facsimile:*

**Annessa Kalloo, Esq**
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171

*The following Parties were served via First Class U.S. Mail:*

All parties in the enclosed Mailing Matrix